[No. 20231-0-II.     Division Two.     May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY M. STITES, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 95-1-00157-1, Joel M. Penoyar, J., entered December 8, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.

[No. 20481-9-II.     Division Two.     May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON SCOTT DOPPIE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-01627-1, Richard D. Hicks, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20558-1-II.     Division Two.     May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ANDREW WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00180-2, Milton R. Cox, J., entered April 4, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20632-3-II.     Division Two.     May 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. PELLERVO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-1-00317-6, Gordon Godfrey, J., entered April 15, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.